**Dismiss and Opinion July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00105-CR

### DARRYL JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB11-35023-F**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. See Tex. R. App. P. 42.2(a).

PER CURIAM

Do Not Publish
Tex. R. App. P. 47
130105F.U05